IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAXWELL BLACKMON,

    Plaintiff,

v.                                Case No. 4:17cv108-MW/GRJ

JULIE JONES, et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 36. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendant's Motion to Dismiss, ECF No. 26, is **GRANTED** as to Defendant McManus and **DENIED** as to Defendant Jones. This case is remanded to Magistrate Judge Jones for further proceedings.

**SO ORDERED on January 25, 2018.**

                                          s/Mark E. Walker    
                                          **United States District Judge**