IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAXWELL BLACKMON,

    Plaintiff,

v.                                 Case No. 4:17cv108-MW/GRJ

JULIE JONES, et al.,

    Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 89. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendant Aaron Scoggins' Amended Motion to Dismiss or for Summary Judgment, ECF No. 63, and Defendant Julie Jones' Motion for Summary Judgment, ECF No. 69, are **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's claims against Defendants Scroggins, Jones and . . . are dismissed with prejudice." The Clerk shall close the file.

**SO ORDERED on January 23, 2019.**

                                              s/ **MARK E. WALKER**
                                              **Chief United States District Judge**